IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ISMAEL TAMPICO VERDIN,

    Plaintiff,

v.                                          No. CIV 05-1090 JB/CEG

COUNTY OF DONA ANA, et. al,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on the Magistrate Judge's Amended Proposed Findings and Recommended Disposition, filed October 16, 2007 (Doc. 45). There were no objections to the Magistrate Judge's recommendation that the Motion for Court Approval of Settlement be granted. The Court has reviewed the Amended Proposed Findings and Recommended Disposition de novo and concurs with the Magistrate Judge's recommendation.

IT IS ORDERED that: (i) the Magistrate Judge's Amended Proposed Findings and Recommended Disposition (Doc. 45) are adopted; and (ii) the Motion for Court Approval of Settlement (Doc. 21) is granted.

_____
UNITED STATES DISTRICT JUDGE